IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KATHLEEN FREDERICKS<br><br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERIFLIGHT, LLC<br><br>    Defendant. | Case No. 3:23-cv-01042 (PAD) |

## **APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

Comes now, Persis Yu, applicant herein and respectfully states:

1. Applicant is an attorney and member of the law firm of Student Borrower Protection Center (a fiscally sponsored project of Shared Ascent Fund), with offices at:

>1025 Connecticut Ave NW, Suite 717
>Washington, DC 20036
>persis@protectborrowers.org
>(202) 670-3871

2. Applicant will sign all pleadings with the name Persis Yu.

3. Applicant has been retained personally or as a member of the above-named firm by Kathleen Fredericks to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Applicant is admitted to practice in the following courts: New York (2010); Massachusetts (2012, MA BBO # 685951); Federal District Court of the Western District of New York (2010); Federal District Court of Massachusetts (2016); First Circuit Court of Appeals

1

(2018); Supreme Court of the United States (2023). During the past three years, applicant has been admitted pro hac vice in the Eastern District of Pennsylvania and the District Court for the District of Columbia.

5. Applicant is a member in good standing of the bars of the courts listed in paragraph 4.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in any matters.

9. Local counsel of record associated with applicant in this matter is:

Myriam E. Matos-Bermúdez
USDC-PR Bar No.: 208702
DTS LAW LLC
221 Ave Ponce de León Ste 801
San Juan, PR 00917-1804
Tel: (787) 754-8700

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: March 3, 2023

*/s/ Persis Yu*

Persis Yu
persis@protectborrowers.org
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of
Shared Ascent Fund)
1025 Connecticut Ave NW, Suite 717
Washington, DC 20036
Tel: (202) 670-3871

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes regarding the Applications for Admission Pro Hac Vice for Attorney Persis Yu..

Date: March 3, 2023.

Myriam E. Matos-Bermúdez
USDC-PR Bar No.: 208702
DTS LAW LLC
221 Ave Ponce de León Ste 801
San Juan, PR 00917-1804
Tel: (787) 754-8700

4

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ Persis Yu

Persis Yu
persis@protectborrowers.org
STUDENT BORROWER PROTECTION
CENTER (a fiscally sponsored project of
Shared Ascent Fund)
1025 Connecticut Ave NW, Suite 717
Washington, DC 20036
Tel: (202) 670-3871

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
United States District Judge