AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Kathleen Fredericks, individually and on behalf of ... | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-01042 (PAD) |
| Ameriflight, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kathleen Fredericks, individually and on behalf of all others similarly situated.

Date: 03/14/2023

/s/ Rachel Smit
*Attorney's signature*

Rachel Smit, Admitted Pro Hac Vice
*Printed name and bar number*

Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
*Address*

rachel@fairworklaw.com
*E-mail address*

(617) 841-8188
*Telephone number*

(617) 488-2261
*FAX number*