**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| **KATHLEEN FREDERICKS,** | § | |
| **individually and on behalf of all others,** | § | |
| **similarly situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:23-cv-01042-PAD** |
| | § | |
| **AMERIFLIGHT, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## DECLARATION OF SCOTT MACDUFF

1.      My name is Scott Macduff. I am over the age of eighteen, of sound mind, have never been convicted of a felony or crime of moral turpitude, and am otherwise fully competent to make this Declaration. I am employed by Ameriflight LLC ("Ameriflight") as its Director of Human Resources. All of the facts set forth below are within my personal knowledge and are true and correct.

2.      Ameriflight is the nation's largest operator of 14 C.F.R. Part 135 air cargo flights. Ameriflight maintains its headquarters and corporate offices in Dallas, Texas, at Dallas-Fort Worth International Airport. Most of Ameriflight's key executives and several other employees whom I understand to have knowledge relevant to the above-styled dispute reside in Texas, including myself; Chris Adams (Chief Pilot); Sarah Hankla (Recruiter); Will Folger (Chief Financial Officer); Rick Smith (Director of Training); and Sheri Larkin (Controller). Pete Schiess (Director of Recruiting) resides in California. Paul Chase, Ameriflight's former President and CEO, resides in Florida.

3.      On April 23, 2021, Plaintiff Kathleen Fredericks ("Plaintiff") submitted an employment application to Ameriflight. A true and correct copy is attached as Exhibit 1.

Ameriflight extended an offer of employment to Plaintiff by letter dated April 23, 2021. A true and correct copy is attached as Exhibit 2. On May 10, 2021, which was Plaintiff's first day of training in Dallas, Texas, Plaintiff and Ameriflight entered into a Training and Employment Agreement (the "Agreement"). A true and correct copy is attached as Exhibit 3.

4.      Plaintiff's ground school and "indoctrination" training took place in Dallas, Texas, from May 10 through 14, 2021. She attended Beechcraft Model 99 ("BE99") Systems Ground training in Dallas, Texas, from May 17 through 21, 2021. She then underwent training on a stationary flight training device or "FTD") (*i.e.*, a simulator), from May 24 through June 4, 2021, again in Dallas, Texas.

5.      Plaintiff resigned her employment with Ameriflight on November 19, 2021. A true and correct copy of her resignation notice is attached as Exhibit 4. Plaintiff, prior to Ameriflight having made any demand for payment, contacted me to request a "repayment plan" on the $20,000 debt she owed to Ameriflight pursuant to the terms of the Agreement. A true and correct copy of Plaintiff's email to that effect is attached as Exhibit 5. Ameriflight agreed to Plaintiff's proposal of a payment plan.

6.      Plaintiff made several payments under the payment plan, each time by personal check delivered through the mail, most recently including a check dated April 1, 2023. True and correct copies of those checks, with Plaintiff's bank account information redacted for privacy, are attached as Exhibit 6. A true and correct copy of Plaintiff's January 29, 2022, email to me regarding her payments for February and March 2022 is attached as Exhibit 7.

*[remainder of page intentionally blank]*

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SCOTT MACDUFF

4/21/2023

# EXHIBIT 1

# Captain Beech 99 Cargo Pilot

Kathleen Fredericks

Friday, April 23, 2021 8:09 AM

Requisition Id: 2820

\* Indicates a required field

Contact Information

| First Name * | Middle Name * | Last Name * |
|---|---|---|
| Kathleen | Marie | Fredericks |

| Address * | City * | State * |
|---|---|---|
| 30 Hollywoods Road | Mattapoisett | Massachusetts▾ |

| Zip Code * | Country * |
|---|---|
| 02739 | UNITED STATES▾ |

**Email Address \***

███████████

**Phone Number \***    Alternate Phone Number

████████

**Type of employment desired \***    **When are you available to start? \***

Full-time            ▾    ✔  Next ground school

**Have you been previously employed by Ameriflight or Wiggins Airways? \***

◯ Yes

⬤ No

**Do you have any friends or relatives working for Ameriflight or Wiggins Airways? \***

◯ Yes

⬤ No

Where did you hear about this position?

▾

--Select--

Flight Hours

| Total Time (hours) * | PIC (hours) * | SIC (hours) * |
|---|---|---|
| 1617.2 | 1512.1 | 20.3 |

| Multi (hours) * | Cross Country (hours - point to point) * | Night (hours) * |
|---|---|---|
| 227.2 | 729 | 100.4 |

| Instrument (actual + simulated hours) * | Rotorcraft (hours) * |
|---|---|
| 120.5 | 0 |

| Turbo-prop PIC (hours) * | Turbo-prop SIC (hours) * |
|---|---|
| 3.8 | 0 |

| Turbojet PIC (hours) * | Turbojet SIC (hours) * |
|---|---|
| 10 | 20.3 |

| Hours flown - last 12 months * | Hours flown - last 90 days * |
|---|---|
| 367.2 | 87.1 |

**Are you instrument current?** *          **Date of last instrument flight** *

● Yes          3/1/2021

○ No

**Can you provide a totaled log book?** *

● Yes

○ No

Certificate & Ratings

| FAA License Type * | Certificate number * | Type Ratings |
|---|---|---|
| ☐ Commercial | 4080866 | EA50 (SIC Privileges only) |
| ✔ Airline Transport Pilot (ATP) | | |
| ☐ Restricted ATP | | |

☐ CFI

☐ CFII

☐ MEI

**Does you logbook contain Complex and High-Performance endorsements? ***

Yes ▾

**Does your pilot certificate indicate English proficiency? ***

⬤ Yes

◯ No

**Do you have a FCC Restricted Radiotelephone Operator Permit? ***

⬤ Yes

◯ No

**FAA Medical Class (1st or 2nd required) ***      **Last medical examination date ***

1st class ▾      7/2/2020

**Do you have an medical waivers? ***

◯ Yes

⬤ No

Additional Information

**Do you have a valid U.S. passport? ***

⬤ Yes

◯ No

**Are you eligible to work in the US without a sponsor visa? ***      **Is TSA approval required for flight training? ***

⬤ Yes      ◯ Yes

◯ No      ⬤ No

**Do you have a valid Driver's License? ***

⬤ Yes

○ No

**Have you ever had an incident as a required crew member that caused substantial damage (as defined in 49 CFR 830.2 - Definitions)  \***

○ Yes

● No

**Have you ever been the subject of FAA investigation, certification action, or paid a civil penalty, as a result of an accusation of violating the FARs? \***

○ Yes

● No

**Have you ever withdrawn from training at a FAR121 or 135 Air Carrier? \***

○ Yes

● No

NOTE: If position requires an airport badge, candidate must be able to meet airport badging requirements, including a TSA mandated 10-year background check of felony and misdemeanor criminal searches at the county, state, and federal level.

Employment History

List all jobs held within the past 10 years. Start with your most recent position. Please account for all periods of unemployment.

**Company Name \***        **Position Held \***

Vieques AirLink          Pilot in Command

**Company Location \***

San Juan, PR

**Start Date \***        **End Date \***

2/22/2021          4/23/2021

**Reason for leaving \***

Haven't left yet. Ameriflight called me and I am considering the change to Ameriflight.

**Company Name ***               **Position Held ***

  1099 Contract Pilot              Pilot

**Company Location ***

  Williamsburg, VA

**Start Date ***          **End Date ***

  9/1/2020             1/8/2021

**Reason for leaving ***

  Accepted the job at Vieques AirLink and moved to PR.

---

**Company Name ***               **Position Held ***

  Great Lakes Air                Pilot in Command, VP of Sales and Marketing

**Company Location ***

  Alpena, MI

**Start Date ***          **End Date ***

  5/1/2020             7/31/2020

**Reason for leaving ***

  Furloughed due to Covid 19 Pandemic

---

**Company Name ***               **Position Held ***

  SkyLens, LLC               Aerial Survey Pilot and Project Manager

**Company Location ***

  Hammond, LA

**Start Date ***          **End Date ***

  10/20/2019            5/1/2020

**Reason for leaving ***

  End of Aerial Survey Season

---

**Company Name ***

Scenic Flights of Acadia

**Position Held ***

Air Tour Pilot

**Company Location ***

Trenton, ME

**Start Date ***

8/1/2019

**End Date ***

10/18/2019

**Reason for leaving ***

End of Tourism Season in Bar Harbor, ME.

---

Please Read Carefully and Sign Below

I hereby certify that the information I have provided on the application is complete, accurate, true and correct to the best of my knowledge. I further certify that I, the undersigned applicant, have personally completed this application. I understand that any omission or misstatement of material fact on this application or on any document used to secure employment may be grounds for refusal of, or if employed, discharge of employment, regardless of the time elapsed before discovery.

I hereby authorize the Company to thoroughly investigate my references, work record, education and other matter related to my suitability for employment and, further, authorize the references I have listed to disclose to the Company any and all letters, reports and other information related to my work records, without giving me prior notice of such disclosure. In addition, I hereby release the Company, my former employers and all other persons, corporations, partnerships and associations from any and all claims, demands or liabilities arising out of, or in any way related to, such investigation or disclosure.

I understand that nothing contained in the application, conveyed during any interview or during my employment, if hired, is intended to create an employment contract between the Company and me. In addition, I understand and agree that if I am employed, my employment is for no definite or determinable period and may be terminated at any time, with or without prior notice ("at will"), at the option of either myself or the Company, and that no promises or representations contrary to the foregoing are binding on the company unless made in writing and signed by myself and the President of the Company.

I understand that applying for certain safety positions may require me to submit to pre-employment drug testing and random, reasonable suspicion and return-to-duty alcohol and drug testing under F.A.A. regulations. I further understand that the following are the drugs which I will be tested for: marijuana, amphetamines, cocaine, PCP, and opiates (Heroin, morphine, Codeine), as well as validity testing. Additionally, I authorize any physician or hospital to release any information relating to drug and alcohol testing to the Company or its designated representative.

Although management makes every effort to accommodate individual preferences, business needs may at times make the following conditions mandatory: overtime, shift work, a rotating work schedule, or a work schedule other than Monday through Friday or eight (8) hours in a day. I understand and accept these conditions of my continuing employment.

As part of my application for employment, I understand and agree that the Company may need to conduct a thorough investigation of my background, including, without limitations, my credit and financial history, and that the Company may need to obtain and use investigative consumer reports through any investigative or credit agencies it so chooses, as part of that investigation. In exchange for the time and effort in reviewing, organizing and collecting the information and documentation needed to complete the verification and investigative process above, I hereby agree to release, waive and indemnify the Company and any third parties who disclose or produce any information or documents requested by the Company, from any and all losses, claims, liabilities or damages which may arise from, or, are in any way connected to, the investigation, giving and/or receiving of such information or documents.

**CALIFORNIA CONSUMER REPORTING ACT DISCLOSURE FOR EMPLOYMENT IN CALIFORNIA ONLY:**

☐ By checking this box, I request to receive a copy of the report from the credit reporting agency at no charge at the same time the report is provided to the prospective employer.

I hereby acknowledge that I have read and understand the above statements.

**First and Last Name ***            **Today's Date ***

Kathleen Marie Fredericks            4/23/2021

**Please confirm you read and understand the above. ***

✔  I Agree

# EXHIBIT 2



4/23/2021

Kathleen Fredericks
30 Hollywoods Road
Mattapoisett, MA 02739

Dear: Kathleen,

Congratulations, it gives us great pleasure to confirm your offer of employment as a Pilot with Ameriflight, the nation's largest Part 135 Air Carrier.

Based on current business needs and the interest you expressed during your interview, following the successful completion of training you will be a Captain in the BE99 domiciled in San Juan, Puerto Rico (SJU). If business needs change, it could become necessary to change your domicile and /or aircraft assignment.

We look forward to having you join us for training at our Dallas headquarters for the first week of Basic Indoctrination. During your training, Ameriflight will provide you with single occupancy hotel accommodations, per diem, as well as travel to and from our Dallas facility. The details of your employment with us are as follows:

- Basic Indoctrination class start date: Start Date: May 10, 2021.
- Initial training wage: $12.50 per hour. Paid at 40 hours per week while in training.
- Per Diem of $35 per day for each day that you are in training.
- Annualized compensation following the successful completion of your training and FAR 135 checkride will be $55,000.00.
- Additional bonus plans which may be in place for your work group
- There is a 6-month position / domicile commitment.  After 6 months from Release to Line you may bid other positions in accordance with the Ameriflight Pilot Administrative Guide (PAG)
- May be required to fly out of base on an occasional basis; with airfare, hotel and per diem will be provided in accordance to the PAG.

You are also eligible to participate in our outstanding benefit package including: Health, Dental, Vision, Life insurance, and Disability plans. Eligibility is subject to the terms, conditions, limitations, and exclusions contained in the applicable plan documents and insurance policies. If you elect to participate and submit the necessary forms in the required timeframe, these benefits become effective the first of the month following your start date.

During the first 90 days of your employment with the company, you will be an Introductory Employee. After 90 days of continuous full-time employment, you will be eligible to begin vacation time accrual, sick time accrual, paid holidays, and other benefits detailed in the Employee Handbook. Puerto Rico and California benefits are outlined in the Addendum section of the Employee Handbook. You will also be eligible to participate in the Company's 401(k) during the first of the month following completion of 90 days of service. Additional information regarding all plans, including the summary plan descriptions, is available in the Human Resources Department.

Employment with Ameriflight, LLC is at the mutual consent of the employee and the Company. Your acceptance of this employment offer is based on your understanding and acknowledgment that you are hired as an employee "at will." Both you and Ameriflight, LLC have the right to terminate the employment relationship for any reason, or for no reason, at any time. This offer does not constitute a contractual relationship whether during your introductory period or afterwards.

Please be advised the offer of employment remains contingent upon the valid proof of your legal eligibility to work in the United States, a satisfactory background check, a negative drug test, and all required FAA pre-employment requirements. Please signify your acceptance of the offer set forth above, affirming that you are not relying upon any information, representation or promise not expressly set forth in this letter, by signing and dating below.

If you have any questions regarding this offer please contact me at 818-839-8167, and once again, thank you and congratulations!

Welcome to the Ameriflight Team; where we have set the bar above and always perform beyond the rest of the industry.

Sincerely,


Peter Schiess
Director of Recruiting

Kathleen Hendricks
24.41.148.2, 10.200.221.92
2021-04-23T22:25:25.000Z

# EXHIBIT 3

### Training and Employment Agreement

This Training reimbursement agreement is entered into, effective May 10, 2021, between Ameriflight LLC as employer ("Ameriflight") and as trainee/employee ("Pilot").

## Statements

A. Ameriflight is a business operating under FAA regulations for Part 135 air cargo operations and headquartered out of Dallas International Airport in the state of Texas. Ameriflight provides services to customers across the United States and Puerto Rico with crew bases throughout the country.

B. Pilot represents that he or she is a licensed commercial pilot, with all necessary ratings and qualifications and the intention to become employed by Ameriflight.

C. In order to fly the Beechcraft 99 as a Captain the Pilot must undergo FAA Part 135 regulated Ameriflight training. Without such necessary training, the Pilot is unqualified to fly the Beechcraft 99 as a Captain. The Pilot is voluntarily entering the training program offered by Ameriflight in accordance with this agreement.

D. The costs of training provided to the Pilot under the terms of this agreement are a significant investment undertaken by Ameriflight of time, resources, and expense.

E. A significant dedication of time to Ameriflight is required by the Pilot in order to repay the cost of this training pursuant to this agreement.

F. Pilot career opportunities with Ameriflight as well as other potential employers is greatly advanced by the training and experience gained by the Pilot under this agreement.

G. Pilot agrees to fulfill all monetary or experience based agreements set forth in this document.

H. Ameriflight agrees to hire Pilot on at will basis in accordance with all Applicable Ameriflight pilot and employment work rules and based on the terms and conditions set forth in this agreement.

## Agreements

I. Training.
   a. Ameriflight will provide initial training of Captain qualified Pilot on the Beechcraft (the "Training"). Training will include e-learning, ground/indoctrination class, flight training, Simulator sessions, FAR 135 check ride, and initial operating experience (IOE) flights with a qualified Captain. All training expenses will be paid initially by Ameriflight, subject to repayment by the Pilot under the terms and conditions of this agreement.

II. During training, the Pilot shall be considered a trainee of Ameriflight.

III. Commencement of Employment. Pilot's employment will begin upon start of the Training program with Ameriflight.

IV. Compensation and Benefits.
   a. Pilot will be paid for 40 hours per week at the rate of $12.50 per hour during training.
   b. Upon successful completion of the Training, Pilot will be paid an annual salary in accordance with the Ameriflight Pilot Pay Matrix for their aircraft type, position and tenure.
   c. Accommodations will be provided by Ameriflight for assignments away from base.
   d. All Pilot pay will be in accordance with Ameriflight's company-wide standard accounting department policies.
   e. Pilot will be considered a fulltime, salary employee of Ameriflight and eligible to participate in company health, vision, dental, 401K retirement benefits, and all other benefits offered to Ameriflight pilot employees.

V. Duties and Responsibilities.
   a. General. Pilot shall be employed by Ameriflight to fly the Beechcraft 99 as directed by Ameriflight. Pilot shall be responsible for all Pilot in Command  duties in accordance with FAA Part 135 rules and regulations, company standards and procedures. The Pilot duties will be explained in specific detail during the Training.
   b. Flight Schedule. The Pilot's flight schedule will be determined by Ameriflight in accordance with Company need and planning procedures.

VI. Limitations. During employment with Ameriflight, the Pilot shall only perform flight related services of monetary value for Ameriflight. Any recreational flying without compensation is excluded.

VII. Repayment of Training Expenses.
   a. Beginning on the date of this agreement, the cost of Ameriflight training (identified in Paragraph I.) is in total $20,000. Pilot agrees to repay Ameriflight for training costs defined if Pilot resigns employment or is terminated by Ameriflight for cause (as defined below in paragraph ) before the completion eighteen (18) months of revenue flying for Ameriflight.
   b. After twelve (12) months flown, Ameriflight will deduct $10,000 from the total Training cost repayment.
   c. Terminated for cause. Pilot is unable to perform duties of Ameriflight Pilot pursuant to company policies and FAA Part 135 regulations.

## Complete Agreement and Governing Law

This Agreement constitutes the entire agreement between the Company and Employee related to the matters herein contained and supersedes any prior oral or written discussions, agreements and representations made by the parties. This Agreement shall be governed and construed in accordance with the internal laws (and not the laws of conflict) of the State of Texas, irrespective of the fact that either party may become a resident of a different state.

AGREED TO BY AMERIFLIGHT LLC. AND PILOT AS OF THIS DATE:

Pilot:Kathleen Fredericks
30 Hollywoods Road
Mattapoisett, MA 02739

Pilot Signature:



24.41.148.2, 10.200.221.92
2021-04-24T00:10:48.000Z


AMERIFLIGHT LLC.
Sarah Hankla
Recruiter
1515 West 20th Street
DFW Airport TX. 75261

EXHIBIT 4

**AMERIFLIGHT**

Resignation Notice

Date: Nov. 19, 2021

I, _____Kathleen Marie Fredericks_____, submit my voluntary resignation of my

employment at Ameriflight as of _____Nov. 19, 2021_____. My last day at work
(Today's Date)

will be _____Nov. 30, 2021_____.
(Final Day of Work)

I am resigning my position of _____Pilot in Command_____ at ___SJU___ due to:
(Position Title)        (Base)

X Another job with _____.

____ Moving to another area

____ Change in industry

____ Other (please explain) _____

_____

_____

_____(Signature)_____        Nov 19, 2021
(Date)

## Macduff, Scott

| | |
|---|---|
| **From:** | Fredericks, Kathleen |
| **Sent:** | Friday, November 19, 2021 9:18 PM |
| **To:** | Adams, Christopher |
| **Cc:** | AMF Flight Admin Team; Vachier, Javier; Calvo Tirado, Alberto L; Macduff, Scott; |
| **Subject:** | Re: Bid Award Notification |
| **Attachments:** | KMF Ameriflight Resignation.pdf |

Not one of my finer moments, but I wrote the date incorrectly.

Effective today, Nov. 19, 2021. See revised letter.

My Best Regards,

Kathleen Fredericks

kfredericks@ameriflight.com

**From:** Fredericks, Kathleen <kfredericks@ameriflight.com>
**Sent:** Friday, November 19, 2021 11:10 PM
**To:** Adams, Christopher <cadams@ameriflight.com>
**Cc:** AMF Flight Admin Team <fltadminteam@ameriflight.com>; Vachier, Javier <JVachier@ameriflight.com>; Calvo Tirado, Alberto L <ACalvoTirado@ameriflight.com>; Macduff, Scott <smacduff@ameriflight.com>;

**Subject:** Re: Bid Award Notification

I forgot the attachment. See attached.

Best Regards,

Kathleen Fredericks

kfredericks@ameriflight.com

**From:** Fredericks, Kathleen <kfredericks@ameriflight.com>
**Sent:** Friday, November 19, 2021 10:55 PM
**To:** Adams, Christopher <cadams@ameriflight.com>
**Cc:** AMF Flight Admin Team <fltadminteam@ameriflight.com>; Vachier, Javier <JVachier@ameriflight.com>; Calvo Tirado, Alberto L <ACalvoTirado@ameriflight.com>; Macduff, Scott <smacduff@ameriflight.com>;

**Subject:** Re: Bid Award Notification

Dear Chris et al,

It is unfortunate timing that my resignation letter must coincide with your official award of the B1900 bid today. Today has been an eventful one. I respectfully submit my resignation to Ameriflight, dated today.

1

In the best of circumstance, I would have liked to give a full 14 days' notice of my leave; however, I must make my final day of work at Ameriflight Nov. 30, 2021 due to logistical constraints. As Ameriflight is an "at-will" employer (per the employee handbook), I expect my resignation and offer of the month's end notice to be sufficient. I am happy to send back the training materials received to JetPubs or simply give to the Ameriflight office; please inform me of how you would like me to proceed.

I appreciate the award of the B1900 bid; however, it is my expectation that with 59 days' notice before the class date, Ameriflight will be able to award the B1900 bid to someone else with sufficient notice.

My decision is not without careful consideration. I have had a good experience here at Ameriflight. I have done my best to contribute to the team: writing helpful guidelines for trainees on how to manage their paperwork and work load, and how-to's for getting one's SIDA Badge at SJU. I hope that future pilots may be availed of the resource. I have performed my job with pride and I haven't even balded a tire or blown a Current Limiter.

I have every intention of fulfilling the obligations set forth in our employment contract; however, I request that an equivalent discount to the $20,000 training fee be applied for the following expenses that Ameriflight offers to new pilots, of which I did not partake:

- 2 weeks' hotel stay at the Hampton Inn, Carolina, PR for OE.
- 2 weeks' rental car for OE.
- 2 weeks' hotel accommodation, also at the Hampton Inn, Carolina, PR, following the successful passing of the 135 checkride.
- 2 weeks' rental car for the first two weeks of "on-the-line" work.

As I was already a resident of Puerto Rico, Ameriflight did not incur those expenses. Please refer back to the training schedules and expenses of pilots who engaged in training this past summer for the cost of such expenses (as outlined above), provide me with receipts/itemized related expenses, and I am prepared to fulfill my side of the training contract, minus the costs that Ameriflight would have incurred had I not already been a resident of Puerto Rico and in possession of suitable housing and a vehicle. I have acquired some estimates, but I would like them corroborated with true expenses. Axel had several students following me, and I expect their expenses in August would be comparable to what mine would have been a few weeks prior in July.

Please understand that my resignation is a decision based on facts and figures. I have no qualms to relate to you or others about my time at Ameriflight. In fact, I believe Ameriflight is a fabulous company in which to build valuable experience. I have every intention to reimburse the expenses Ameriflight incurred in order to train me for the job I currently perform. It is a decision based on pragmatic life choices. I will always look back at my time with Ameriflight with fondness, and I recognize the experience I earned was of value.

Please supply me with the itemized expenses as outlined above and the proper addressee to whom a reimbursement check may be sent, and I shall have one sent out to you after receiving my last paycheck.

All my best,

Kathleen Fredericks

kfredericks@ameriflight.com

**From:** Adams, Christopher <cadams@ameriflight.com>
**Sent:** Friday, November 19, 2021 8:54 PM
**To:** Fredericks, Kathleen <kfredericks@ameriflight.com>
**Cc:** AMF Flight Admin Team <fltadminteam@ameriflight.com>; Harberg, Thomas L <THarberg@ameriflight.com>;

Dickey, Kyle <kdickey@ameriflight.com>; Vachier, Javier <JVachier@ameriflight.com>; Whitton, William <wwhitton@ameriflight.com>; Calvo Tirado, Alberto L <ACalvoTirado@ameriflight.com>
**Subject:** Bid Award Notification

Captain Kathleen Fredericks,

Congratulations again for winning the BE1900 CVG bid. You're enrolled in the Seattle, WA BE1900 class that begins 17 January, with a projected release date of 28 February.

If you have any questions, let me know.

-Chris

**Chris Adams**
Chief Pilot

1515 West 20th Street | DFW Airport, Texas 75261
o. 972 426 3066 | c. 972.357 4334



EXHIBIT 5

**Barcus, John M.**

| | |
|---|---|
| **From:** | Kate Fredericks ███████████ |
| **Sent:** | Thursday, December 09, 2021 10:27 AM |
| **To:** | Macduff, Scott |
| **Subject:** | Re: Final paystub & setting up repayment plan |

EXTERNAL EMAIL - Please verify sender before opening attachments or clicking on links.
_____

Excellent, and may I have a copy of my most recent paystub as I cannot access it on my own anymore?

Kate Fredericks

████████████████

On Dec 9, 2021, at 11:15, Macduff, Scott <smacduff@ameriflight.com> wrote:

Kate,
Yes, that is acceptable.
Thanks,
Scott

Scott Macduff
Human Resources Manager

1515 West 20th Street | DFW Airport, Texas 75261 o. 972.426.3066 ext. 76253 | f. 972-456-2701

-----Original Message-----
From: Kate Fredericks ████████████████
Sent: Thursday, December 9, 2021 10:15 AM
To: Macduff, Scott <smacduff@ameriflight.com>
Subject: Re: Final paystub & setting up repayment plan

[You don't often get email from katefred@gmail.com. Learn why this is important at
http://aka.ms/LearnAboutSenderIdentification.]

EXTERNAL EMAIL - Please verify sender before opening attachments or clicking on links.
_____

Ah ok. If in the future the availability to set up an automatic payment changes, please let me know. In the meantime, I'll begin mailing a check directly to you. For ease of scheduling and memory, may I begin mailing it the first of January, 2022 with a final payment in August 2028?

Best,

Kate Fredericks



On Dec 9, 2021, at 10:30, Macduff, Scott <smacduff@ameriflight.com> wrote:

Kathleen,
Thank you for reaching out to me on this.  While our Accounting department can take electronic payments from businesses, they are just not set up to do the same thing from individuals.  The payment plan is acceptable, but we would need a check, made out to Ameriflight, and mailed to my attention to:

Ameriflight
PO Box 612763
Dallas, TX 75261
ATTN: Scott Macduff

Scott

Scott Macduff
Human Resources Manager

1515 West 20th Street | DFW Airport, Texas 75261 o. 972.426.3066 ext. 76253 | f. 972-456-2701

-----Original Message-----
From: Kate Fredericks
Sent: Thursday, December 9, 2021 9:27 AM
To: Macduff, Scott <smacduff@ameriflight.com>
Subject: Final paystub & setting up repayment plan

[You don't often get email from katefred@gmail.com. Learn why this is important at http://aka.ms/LearnAboutSenderIdentification.]

EXTERNAL EMAIL - Please verify sender before opening attachments or clicking on links.
_____

Dear Scott,

I hope this email finds you well this holiday season. I no longer have access to Paylocity, so I would like to have a PDF copy of my paystub for this last payroll cycle emailed at your convenience. My bank is already processing the direct deposit.

I would like to also sent up a payment plan for my training contract repayment at $250 per month for 80 months. May we set it up electronically with an automatic  payment? I understand from the handbook that we need to have it arranged within 30 days of my last day of work.

Best,

Kathleen Fredericks

The information contained in this e-mail (including any attachments) may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

The information contained in this e-mail (including any attachments) may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

# EXHIBIT 6

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

Jan. 1, 2022
*Date*

Pay to the
Order of  *Ameriflight, LLC*                    $ 250.00

*two hundred fifty dollars & no cents*                    Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724
USAA

For *training contract 1/80 payments*        Kathleen Fredericks        *MP*

TRANSIT ROUTING NUMBER        ACCOUNT NUMBER

Photo
Safe
Deposit®
Details on back

Harland Clarke

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

_Feb. 1, 2022_

Date

Pay to the
Order of  _Ameriflight, LLC_                                    $ 250.00

_two hundred fifty_                                             Dollars

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For _2 of 80 payments_

MP

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

March 1, 2022
Date

Pay to the
Order of  *Ameriflight LLC*                                      $ 250.00

*two hundred fifty*                                        Dollars

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For  *3 of 80  payments*

MP

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

March 28, 2022
*Date*

Pay to the
Order of _Ameriflight, LLC_          $ 250.00

_two hundred fifty_          *Dollars*

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For _April 2022 repayment 4 of 80_

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA 02739

30-7426/3140

april 26, 2022
Date

Pay to the
Order of  Ameriflight, LLC                                           $ 250.00

two  hundred  fifty ———————————————— Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For 5  of  80  repayments

Kathleen M Frodin

MP

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

May 24, 2022
Date

Pay to the Order of _Ameriflight, LLC_ ........................ $ 250.00

_two hundred fifty dollars & no cents_ ........... Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

USAA

For _TRA payment 6/80._

_Kathleen M Fredericks_

MP

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7425/3140

_July 1, 2022_
Date

Pay to the
Order of _Ameriflight, LLC_                          | $ 250.00

_two hundred fifty_                                              Dollars

Less fac. discover if ever belongs and prey and reafund. If not punch, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-6000 1-800-832-3724

For security and protection, this section has been removed.

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

august 1, 2022
Date

Pay to the
Order of   Ameriflight, LLC                               $ 250.00

Two hundred fifty                                              Dollars

Look for Microprint signature line and grey border on front. If not present, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT PWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

USAA

For  payment  8/80                      Kathleen M Fredericks   MP

TRANSIT ROUTING NUMBER                    ACCOUNT

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

9/1/2022

30-7426/3140

Date

Pay to the
Order of Ameriflight, LCC

$ 250.00

two hundred fifty

Dollars

Photo
Safe
Deposit®
Details on back

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For payment #9

Kathleen M Fredericks

MP

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

Date 10/1/22

Pay to the
Order of  Ameriflight, LLC

$ 250.00

two hundred fifty                                                       Dollars

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For pymt  # 10

Kathleen M Fredericks

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

Nov 1, 2022
Date

Pay to the
Order of _Ameriflight, LLC_____ | $ 250.00

two hundred fifty _____ Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

Photo
Safe
Deposit®
Details on back

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For _payment #11_____

Kathleen M Fredk

MP

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

Dec. 1, 2022
Date

Pay to the
Order of _Ameriflight, LLC_                           $ 250.00

two hundred fifty _____ Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724
USAA

For _Payment  #12_                   Kathleen M Fredericks   MP

TRANSIT ROUTING NUMBER

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA 02739

30-7426/3140

12/28/2022

Date

Pay to the
Order of _Ameriflight, LLC_                                 | $ 250.00

_two hundred fifty_                                         Dollars

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

USAA

For _payment # 13_                              Kathleen M Fredericks

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA 02739

30-7426/3140

Jan 28, 2023

Date

Pay to the
Order of _Ameriflight, LLC_                                    $ 250.00

_two-hundred fifty_ _____ Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

Photo
Safe
Deposit®
Details on back

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724
USAA

For _payment #14_

Kathleen Fredericks

MP

TRANSIT ROUTING NUMBER          ACCOUNT NUMBER

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA  02739

30-7426/3140

March 1, 2023
*Date*

Pay to the
Order of ___Ameriflight, LLC___ | $ 250.00

___two hundred fifty___ _Dollars_

*Look for: Microprint signature line and grey border on front. If not present, do not cash.*

Photo
Safe
Deposit®
Details on back

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724
USAA

For ___TRAP payment  #15___      Kathleen M Fredericks      MP

**KATHLEEN M FREDERICKS**
30 HOLLYWOOD RD
MATTAPOISETT, MA 02739

1675

30-7426/3140

april 1, 2023
*Date*

Pay to the
Order of _Ameriflight, LLC_                                    $ 250.00

two hundred fifty dollars ———————— *Dollars*

Look for: Microprint Signature line and grey border on front. If not present, do not cash.

Photo
Safe
Deposit®
Details on back

**USAA FEDERAL SAVINGS BANK**
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-832-3724

For _TRUP payment #16_        _Kathleen M Fredericks_

MP

# EXHIBIT 7

**Barcus, John M.**

| | |
|---|---|
| **From:** | Kate Fredericks |
| **Sent:** | Tuesday, July 19, 2022 10:22 PM |
| **To:** | Macduff, Scott |
| **Subject:** | Re: February reimbursement check |

CAUTION: External email. Do not click links or open attachments unless you've scrutinized the sender email address and know the content is safe.
_____

Dear Scott,

Thank you for your email; however, you are mistaken. The The July check was cashed by Ameriflight on July 1, check number 1665. This image below is from my bank statement. I just placed August's check in the mail today.

Please confirm you have received this email and double checked your records.

Best regards,

Kate Fredericks



On Jul 19, 2022, at 16:52, Macduff, Scott <smacduff@ameriflight.com> wrote:

Kate,
The last check we received was dated 5/24/2022. The agreement was that these payments would be monthly, so please send the missing payments.
Thanks,
Scott

Scott Macduff

Director of Human Resources

1515 West 20th Street | DFW Airport, Texas 75261
o. 972.426.3066 ext. 76253 | f. 972-456-2701

-----Original Message-----
From: Kate Fredericks ███████████████
Sent: Saturday, January 29, 2022 10:35 AM
To: Macduff, Scott <smacduff@ameriflight.com>
Subject: February reimbursement check

EXTERNAL EMAIL - Please verify sender before opening attachments or clicking on links.
_____

Good morning, Scott,

Wanted to let you know that I dropped a check in the mail, but Massachusetts is having a big storm snowstorm these past two days, and I don't think the USPS picked it up yet. I don't think it's going out until Monday. So just know it's coming!

I also included the March check dated for March 1 as well. I'll be in Orlando at sims at the end of February, and I don't want to forget to send it.

Best,

Kate Fredericks
████████████████

The information contained in this e-mail (including any attachments) may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.